1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>TAI KWAI, an Individual, and Does 1-10, Inclusive,<br><br>          Defendants. | Case No.: CV11-01133 SVW (Ex)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT TAI KWAI**<br><br> **Note changes made by the Court** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), and separate Confidential Settlement Agreement between Plaintiff BEACHBODY, LLC ("Plaintiff"), on the one hand, and Defendant TAI KWAI ("Defendant"), on the other, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant in the

1    above-referenced matter as follows:

2        1.    **PERMANENT INJUNCTION.**  Defendant and any person or entity

3    acting in concert with, or at the direction of him, including any and all agents,

4    servants, employees, partners, assignees, distributors, suppliers, resellers and any

5    others over which he may exercise control, are hereby restrained and enjoined,

6    pursuant to 15 *U.S.C.* § 1116, from engaging in, directly or indirectly, or

7    authorizing or assisting any third party to engage in, any of the following activities

8    in the United States and throughout the world:

9        a.    copying, manufacturing, importing, exporting, marketing,

10   selling, offering for sale, distributing or dealing in any product or service that uses,

11   or otherwise making any use of, any Plaintiff's BEACHBODY® and

12   INSANITY® trademarks and copyrights, and/or any intellectual property that is

13   confusingly or substantially similar to, or that constitutes a colorable imitation of,

14   any of Plaintiff's BEACHBODY® and INSANITY® trademarks and copyrights,

15   whether such use is as, on, in or in connection with any trademark, service mark,

16   trade name, logo, design, Internet use, website, domain name, metatags,

17   advertising, promotions, solicitations, commercial exploitation, television, web-

18   based or any other program, or any product or service, or otherwise;

19       b.    performing or allowing others employed by or representing him,

20   or under his control, to perform any act or thing which is likely to injure Plaintiff,

21   any Plaintiff's BEACHBODY® and INSANITY® trademarks and copyrights,

22   and/or Plaintiff's business reputation or goodwill;

23       c.    engaging in any acts of federal and/or state trademark and/or

24   copyright infringement, false designation of origin, unfair competition, dilution, or

25   other act which would tend damage or injure Plaintiff; and/or

26       d.    using any Internet domain name or website that includes any

27   Plaintiff's Trademarks and Copyrights, including the BEACHBODY® and

28   INSANITY® marks.

1       2.     Defendant is ordered to deliver immediately for destruction all

2  unauthorized products, including counterfeit INSANITY® products and related

3  products, labels, signs, prints, packages, wrappers, receptacles and advertisements

4  relating thereto in his possession or under his control bearing any of Plaintiff's

5  intellectual property or any simulation, reproduction, counterfeit, copy or colorable

6  imitations thereof, and all plates, molds, heat transfers, screens, matrices and other

7  means of making the same, to the extent that any of these items are in Defendant's

8  possession.

9       3.     This Permanent Injunction shall be deemed to have been served upon

10  Defendant at the time of its execution by the Court.

11       4.     The Court finds there is no just reason for delay in entering this

12  Permanent Injunction and, pursuant to Rule 54(a) of the *Federal Rules of Civil*

13  *Procedure*, the Court directs immediate entry of this Permanent Injunction against

14  Defendant.

15       5.     Defendant will be making agreed-upon payments to Plaintiff, as more

16  particularly described in a separate Confidential Settlement Agreement.

17       6.    **NO APPEALS AND CONTINUING JURISDICTION.**  No

18  appeals shall be taken from this Permanent Injunction, and the parties waive all

19  rights to appeal.

20       7.    **NO FEES AND COSTS.**  Each party shall bear its own attorneys'

21  fees and costs incurred in this matter.

22

23       IT IS SO ORDERED, ADJUDICATED and DECREED this 27th day of

24  April, 2011.

25

26

27                          _____

28                          HON. STEPHEN V. WILSON
                             United States District Judge

**[PROPOSED]  PERMANENT INJUNCTION**